**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions, ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20-cv-1382-WSH |
| Plaintiffs, ) ) ) | |
| v. ) ) ) | |
| RICKERT LANDSCAPING & WILLIAM HUTCHINS, ) ) ) ) | |
| Defendants. ) ) | |

**ORDER OF COURT**

AND NOW, to wit, this ___8th___ day of ___February___, 2020, upon consideration of Plaintiff's Motion for Default Judgment and Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED.

**COUNT I**

**Laborers' Combined Funds of Western Pennsylvania v. Rickert Landscaping**

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant Rickert Landscaping in the amount of $70,353.91, plus additional interest from May 31, 2020 at the rate of 1.25% per month.

## COUNT II

### Laborer's Combined Funds of Western Pennsylvania v. William Hutchins

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant William Hutchins in the amount of $70,353.91 plus additional interest from May 31, 2020 at the rate of 1.25% per month.


_____
The Honorable W. Scott Hardy
United States District Judge