IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICKERT LANDSCAPING & WILLIAM HUTCHINS,<br><br>        Defendants.<br><br>    v.<br><br>MOON LANDSCAPING INCORPORATED, MOON SITE MANAGEMENT, INC., MIDCOAST COMMUNITY BANK,<br><br>        Garnishees. | Civil Action No. 2:20-cv-1382-WSH |

## **JUDGMENT**

Pursuant to the Praecipe for Judgment by Admission and Affidavit filed, judgment is hereby entered against MidCoast Community Bank, Garnishee, in the amount of $25,813.70.

CLERK OF COURT

5/21/21

212105

*Joshua C. Lewis*     sdp
Signature of Clerk or Deputy Clerk

Date