**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,

Plaintiffs,

v.

RICKERT LANDSCAPING & WILLIAM HUTCHINS,

Defendants.

v.

MOON LANDSCAPING INCORPORATED, MOON SITE MANAGEMENT, INC. & MIDCOAST COMMUNITY BANK, MOON NURSERIES, INC. & MOON WHOLESALE, INC. STONEMOR OPERATING LLC,

Garnishees.

Civil Action No. 2:20-cv-1382-WSH

**ORDER**

AND NOW, this 28th day of May, 2021, IT IS HEREBY ORDERED that ProVest LLC, a national process service company based at 7702 Woodland Center, Suite #100, Tampa, FL 33614, as well as its agents and/or employees, are hereby appointed to serve the Writ of Execution and Interrogatories in Aid of Execution of Judgment upon Garnishees Moon Nurseries, Inc., Moon Wholesale, Inc, and Stonemor Operating LLC.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(h) of the Federal Rules of Civil Procedure.

**FOR THE COURT**:

**JOSHUA C. LEWIS, Clerk of Courts**

CLERK OF COURT

212805
Joshua C. Lewis sdp
Signature of Clerk or Deputy Clerk

U.S. DISTRICT COURT WESTERN DISTRICT PENNSYLVANIA

Date: 5-28-21